UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re ) Case No. **10-33088-rld7**
**COLE, DENNEY RAWLAND** )
) LIST OF NAMES AND POST
) OFFICE ADDRESSES FOR
Debtor(s) ) UNCLAIMED FUNDS

I, the undersigned case trustee, certify that:

1. The final disbursement to creditors has been completed.

2. All final disbursement checks payable in this case have been cashed except that checks issued to the entities listed below have been stopped for payment because they have either been returned as undeliverable or 90 days have passed since issuance.

3. I verify the address used for mailing to each entity matches the most recent address in the court files for that entity, and I made all other reasonable attempts to deliver each check.

4. A check for the total of all such unclaimed funds listed below in the amount of **$36.45** is attached hereto, payable to the Clerk of the U.S. Bankruptcy Court, for deposit in the U.S. Treasury.

5. The following is a list of the names of, and mailing address used for, the entities entitled to the following sums:

| CLAIM NO. | NAME/ADDRESS | DIVIDEND |
|---|---|---|
| 1 | Larry Meadows<br>24355 NE Hwy 240<br>Newberg, OR 97132 | 13.02 |
| 9 | Ted Timmons<br>POB 8915<br>Portland, OR 97207 | 7.16 |
| 11 | Dylan Feral-McWhirter<br>18900 SW Blanton<br>Beaverton, OR 97007 | 16.27 |
| | TOTAL: | **$36.45** |

DATE: **August 2, 2011**

_____
Peter C. McKittrick, Trustee

390 (8/1/99)